UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
Raymond & Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

Order Filed on May 17, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

FREDERICO C. MAGALHAES, DEBTOR(S)

Case No.: 22-13079 (SLM)

Adv. No.:

Hearing Date: 5/17/2022

Judge: Stacey L. Meisel

ORDER EXTENDING TIME TO FILE SCHEDULES,
STATEMENT OF AFFAIRS, CHAPTER 13 PLAN AND
OTHER APPLICABLE DOCUMENTS

The relief set forth on the following pages two (2) through two (2), is
hereby **ORDERED**.

**DATED: May 17, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Frederico C. Magalhaes, Debtor(s)
Case no.: 22-13079 SLM
Caption of order: Order Extending Time to File Schedules,
Statement of Affairs, Chapter 13 plan and Other Applicable
Documents
_____

    That the time to file the Schedules, Statement of Affairs,

Chapter 13 Plan and Other Applicable Documents, be and is hereby

extended to ~~June 3,~~ 2022, otherwise the case may be dismissed.
            May 24,