Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13079−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederico C Magalhaes
   176 Central Avenue
   West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 6/22/22
Time: 08:30 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 19, 2022
JAN: dlr

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 22-13079-SLM

Frederico C Magalhaes                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 132 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747 |
| 519557720 | + | 24/7 Security Agency, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519557721 | + | 24/7 Security Agency LLC, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519557726 | + | Biebelberg & Martin, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557728 | + | Biebelberg & Martin, LLC, Attn: Arvin Slatkin, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557727 | + | Biebelberg & Martin, LLC, Attn: Keith M Beibelberg, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557730 | + | Biebelberg & Martin, LLC ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519557743 | + | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519557750 | + | John Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557751 | #+ | Joseph A McCormick, Jr. PA ESQ, 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| 519557753 | + | Mercedes-Benz Credit, PO Box 9001880, Louisville, KY 40290-1880 |
| 519557758 | + | Mr. Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557759 | + | Scipione, Berg & Associates, LLC, Attn: Steven R Scipione, ESQ, FOR NOTICE ONLY, 130 Clinton Road, Suite 201, Fairfield, NJ 07004-2927 |
| 519557762 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519557760 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519557764 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08646-0262 |
| 519557763 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 519557761 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519557765 | + | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557771 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519557772 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 519557773 | + | Wells Fargo Dealer Services, P0 Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2022 20:34:56 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: M74banko@mercedes-benz.com | May 19 2022 20:31:00 | Daimler Truste c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 519557722 | + | Email/Text: ally@ebn.phinsolutions.com | May 19 2022 20:31:00 | Ally Bank, P0 Box 130424, Roseville, MN 55113-0004 |

Case 22-13079-SLM    Doc 21    Filed 05/21/22    Entered 05/22/22 00:13:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 19, 2022 | Form ID: 132 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 519559742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2022 20:35:07 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557723 | + | Email/Text: ally@ebn.phinsolutions.com | May 19 2022 20:31:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557724 | + | Email/Text: ally@ebn.phinsolutions.com | May 19 2022 20:31:00 | Ally Financial, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557736 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 20:35:19 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519557731 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 20:34:43 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557732 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 20:34:45 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 20:34:45 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519557739 | + | Email/Text: BKPT@cfna.com | May 19 2022 20:31:00 | Credit First National Association, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557738 | + | Email/Text: BKPT@cfna.com | May 19 2022 20:31:00 | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557748 | | Email/Text: litbkcourtmail@johndeere.com | May 19 2022 20:31:00 | John Deere Capital Corporation, PO Box 6600, Johnston, IA 50131 |
| 519564438 | | Email/Text: M74banko@mercedes-benz.com | May 19 2022 20:31:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519557741 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 19 2022 20:32:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519557744 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 19 2022 20:31:00 | Goldman Sachs, Attn: Bankruptcy, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557745 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 19 2022 20:31:00 | Gs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557746 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 19 2022 20:31:00 | Gs Bank Usa, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519557747 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 19 2022 20:31:00 | Gs Bank Usa, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557749 | + | Email/Text: litbkcourtmail@johndeere.com | May 19 2022 20:31:00 | John Deere Construction and Forestry Co., 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519571088 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2022 20:35:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519557752 | + | Email/Text: M74banko@mercedes-benz.com | May 19 2022 20:31:00 | Mercedes Benz, PO Box 551080, Jacksonville, FL 32255-1080 |
| 519557754 | + | Email/Text: M74banko@mercedes-benz.com | May 19 2022 20:31:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557756 | + | Email/Text: M74banko@mercedes-benz.com | May 19 2022 20:31:00 | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519557767 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 20:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive Ste 550, Weldon Springs, MO 63304-2225 |
| 519557768 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 20:31:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 519557769 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 20:31:00 | Verizon, PO Box 25087, Wilmington, DE 19899-5087 |

| 519557770 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|---|---|---|---|
| | | May 19 2022 20:31:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561730 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557725 | *+ | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557729 | *+ | Biebelberg & Martin, LLC, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519557733 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557734 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557735 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557742 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519557755 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557757 | *+ | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519557766 | *+ | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557740 | ##+ | David E Gray, ESQ, 9 Alexandra Drive, East Hanover, NJ 07936-2407 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4