

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

**Order Filed on June 23, 2022**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

IN RE:

  FREDERICO C MAGALHAES

**Case No.:  22-13079SLM**

**Hearing Date:  6/22/2022**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 23, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  22-13079SLM

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

     THIS MATTER having been scheduled before the Court on 06/22/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must provide the Standing Trustee with 6 months of paystubs, 2021 tax return, corrected social security number by 6/30/2022 or the case will be dismissed with no further notice or hearing; and it is further

- ORDERED, that the Debtor must provide notice to credit reporting agency as to incorrect social security number by 7/7/2022 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written description to such Certification; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/27/2022 at 8:30 am.