UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:
Frederico C Magalhaes

Case No.: 22-13079
Chapter: 13
Judge: Stacey L. Maisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Mark and Jennifer O'Connor</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Bell, Shivas, & Bell, P.C.
PO Box 220
Rockaway, NJ 07866

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 8/8/2022

Signature

*new.8/1/15*