53411
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Daimler Trust
JM5630

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW
JERSEY

IN RE:   FREDERICO C. MAGALHAES

CHAPTER: 13
CASE NO.: 22-13079 (SLM)
HEARING DATE:

NOTICE OF APPEARANCE
AND REQUEST FOR ALL
NOTICES, PLAN AND
DISCLOSURE STATEMENTS

Daimler Trust hereby enters its appearance and the law firm of Morton & Craig, LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Daimler Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Daimler Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Daimler Trust, by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Daimler Trust
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113

Daimler Trust, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for Daimler Trust