UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53411
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Daimler Trust

In Re:

FREDERICO C. MAGALHAES

**Order Filed on October 12, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No. 22-13079

Adv. No.

Hearing Date: 9-28-22

Judge: (SLM)

**ORDER FOR LEASE ASSUMPTION, MONTHLY LEASE PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, COUNSEL FEES, AND SELF-EXECUTING STAY RELIEF AT LEASE END**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 12, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Frederico C. Magalhaes
Case No: 22-13079
Caption of Order:  Order for lease assumption, monthly lease payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

This matter having brought before this Court on a Motion for Stay Relief, filed by John R. Morton, Jr., Esq., attorney for Daimler Trust, with the appearance of Herbert B. Raymond, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Daimler Trust is the owner and lessor of a 2022 Mercedes-Benz GLE450 bearing vehicle identification number 4JGFB5KB0NA653019.**
2. **That with the entry of this order the Debtor has assumed the lease.**
3. **That commencing October 2022, the Debtor is to make each monthly lease payment directly to Daimler Trust by the date that each payment falls due under the lease agreement.  If the Debtor fails to make any monthly payment within thirty (30) days after it falls due, Daimler Trust shall be entitled to stay relief upon filing a certification of non-payment with the court and serving it on the Debtor, his attorney, and the Chapter 13 trustee.**
4. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Daimler Trust must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, Daimler Trust shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 trustee.**

**(Page 2)**
Debtor: Frederico C. Magalhaes
Case No: 22-13079
Caption of Order:  Order for lease assumption, monthly lease payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

5. **That at the end of the lease the debtor must either surrender the vehicle or purchase it in accordance with the lease-end purchase option.  At lease-end, Daimler Trust shall be entitled to immediate stay relief in order to repossess (if necessary) and sell said vehicle without further application to the court. The terms of this paragraph are deemed to be self-executing in nature.**
6. **That the Debtor must pay a counsel fee of $431.00 to Daimler Trust through his Chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 22-13079-SLM
Frederico C Magalhaes    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Oct 12, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

**Name        Email Address**

David Thomas Shivas
    on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Herbert B. Raymond
    on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 12, 2022 | Form ID: pdf903 | Total Noticed: 1

John R. Morton, Jr.
    on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8