UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on December 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

FREDERICO C MAGALHAES

Case No.:  22-13079SLM

Hearing Date:  12/14/2022

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 15, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 22-13079SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 12/14/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $1,500.00 by 12/15/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's attorney; and it is further
- ORDERED, that the Debtor must pay $1,500.00 by 12/30/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/11/2023 at 8:30 AM.