HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   FREDERICO C MAGALHAES        Atty:   HERBERT B. RAYMOND, ESQ.
176 CENTRAL AVENUE                                    7 GLENWOOD AVENUE
WEST CALDWELL,  NJ  07006                      4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-13079

## RECEIPTS AS OF 01/13/2023      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/28/2022 | $3,000.00 | RAYMOND 01219 | 09/07/2022 | $1,500.00 | 8694914000 |
| 09/26/2022 | $1,500.00 | 8727023000 | 09/28/2022 | $1,500.00 | 8732362000 |
| 10/03/2022 | ($1,500.00) | 8732362000 | 11/15/2022 | $1,500.00 | RAYMOND 001229 |
| 11/29/2022 | $1,500.00 | RAYMOND 003784 | 12/20/2022 | $1,500.00 | RAYMOND 001245 |
| 01/10/2023 | $1,500.00 | RAYMOND 003515 | | | |

**Total Receipts: $12,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $12,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 540.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 24/7 SECURITY AGENCY LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | ALLY CAPITAL | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | BIEBELBERG & MARTIN, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | FLAGSTAR BANK FSB | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | GS BANK USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | JOHN DEERE CONSTRUCTION AND FORE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | JOHN RUNFOLO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | MERCEDES-BENZ FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | STEVEN RUNFOLO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 461.27 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-13079**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|-------------------:|-----:|-----------------:|
| 0046 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | DAIMLER TRUST | VEHICLE SECURE | 1,349.11 | 100.00% | 0.00 | 0.00 |
| 0050 | MERRICK BANK | UNSECURED | 1,297.32 | 0.00% | 0.00 | 0.00 |
| 0051 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | MERCEDES-BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0053 | CATEPILLAR FINANCIAL SERVICES CORI | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | CATEPILLAR FINANCIAL SERVICES CORI | UNSECURED | 134,075.73 | 100.00% | 0.00 | 0.00 |
| 0055 | CONSTRUCTION PROS OF NJ LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0056 | FORWARD FINANCING, LLC | UNSECURED | 63,808.98 | 0.00% | 0.00 | 0.00 |
| 0057 | MARK AND JENNIFER O CONNOR | SECURED | 216,481.88 | 0.00% | 0.00 | 0.00 |
| 0058 | MILLER ROSS AND GOLDMAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | NEW JERSEY MANUFACTURING INSURA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | THE PORT AUTHORITY OF NY AND NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0061 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 920.34 | 0.00% | 0.00 | 0.00 |
| 0062 | CONTRAFOR INC | UNSECURED | 55,373.60 | 0.00% | 0.00 | 0.00 |
| 0063 | STATE OF NJ | SECURED | 8,321.53 | 0.00% | 0.00 | 0.00 |
| 0064 | STATE OF NJ | UNSECURED | 1,913.96 | 0.00% | 0.00 | 0.00 |
| 0065 | DAIMLER TRUST | (NEW) Auto Agreed | 431.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $540.00**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $12,000.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $540.00          =     Funds on Hand: $11,460.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .