Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13079−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frederico C Magalhaes
    176 Central Avenue
    West Caldwell, NJ 07006

Social Security No.:
    xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/18/2022 and a confirmation hearing on such Plan has been scheduled for 6/22/2022 @ 8:30 a.m..

The debtor filed a Modified Plan on 1/18/2023 and a confirmation hearing on the Modified Plan is scheduled for 2/22/2023 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 19, 2023
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 22-13079-SLM
Frederico C Magalhaes                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 5
Date Rcvd: Jan 19, 2023                       Form ID: 186                         Total Noticed: 84

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747 |
| cr | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Mark and Jennifer O'Connor, 13 Wootton Road, Essex Fells, NJ 07021-1116 |
| cr | + | Steven J. Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557720 | + | 24/7 Security Agency, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519557721 | + | 24/7 Security Agency LLC, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519585354 |   | Bell & Shivas, PC, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585355 |   | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585353 | + | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, P0 Box 220, Rockaway, NJ 07866-0220 |
| 519557726 | + | Biebelberg & Martin, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557728 | + | Biebelberg & Martin, LLC, Attn: Arvin Slatkin, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557727 | + | Biebelberg & Martin, LLC, Attn: Keith M Beibelberg, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557730 | + | Biebelberg & Martin, LLC ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519642185 | + | Constrafor, Inc., c/o Sklar Law LLC, 20 Brace Road Suite 205, Cherry Hill NJ 08034-2634 |
| 519585360 | + | Construction Pros of NJ, 19 Chapel Street, Newark, NJ 07105-3701 |
| 519635019 |   | David T. Shivas, PO Box 200, Rockaway, NJ 07866 |
| 519585368 | + | Hill Wallack, Attorneys At Law, 21 Rozel Road, Princeton, NJ 08540-6669 |
| 519585367 |   | Hill Wallack, Attorneys At Law, 21 Rozel Road, P0 Box 5220, Princeton, NJ 08543 |
| 519585369 | + | Hill Wallack LLP, Attorneys At Law, 21 Rozel Road, P0 Box 5226, Princeton, NJ 08543-5226 |
| 519585370 | + | Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557750 | + | John Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585373 | + | Mark and Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557753 | + | Mercedes-Benz Credit, PO Box 9001880, Louisville, KY 40290-1880 |
| 519585375 | + | Miller, Ross & Goldman, PO Box 850, Cedar Park, TX 78630-0850 |
| 519557758 | + | Mr. Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585380 | + | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 519557759 | + | Scipione, Berg & Associates, LLC, Attn: Steven R Scipione, ESQ, FOR NOTICE ONLY, 130 Clinton Road, Suite 201, Fairfield, NJ 07004-2927 |
| 519585388 | + | Snellings Law, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557762 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519557761 |   | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519557763 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 519557764 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08646-0262 |
| 519557760 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519557765 | + | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585390 | + | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |
| 519585391 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 519585392 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 519557771 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 38

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 186 | Total Noticed: 84 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 19 2023 20:55:04 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: M74banko@mercedes-benz.com | Jan 19 2023 20:50:00 | Daimler Truste c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 519557722 | + Email/Text: ally@ebn.phinsolutions.com | Jan 19 2023 20:50:00 | Ally Bank, P0 Box 130424, Roseville, MN 55113-0004 |
| 519559742 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 19 2023 20:55:34 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519624444 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 19 2023 20:55:34 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557723 | + Email/Text: ally@ebn.phinsolutions.com | Jan 19 2023 20:50:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557724 | + Email/Text: ally@ebn.phinsolutions.com | Jan 19 2023 20:50:00 | Ally Financial, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557736 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 20:55:23 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519585384 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 21:07:50 | Sears, PO Box 78051, Phoenix, AZ 85062 |
| 519557731 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 20:55:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557732 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 20:55:23 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557737 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2023 20:55:33 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519585356 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Jan 19 2023 20:50:00 | Catepillar Financial Service Corporation, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519585357 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Jan 19 2023 20:50:00 | Catepillar Financial Services, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519557739 | + Email/Text: BKPT@cfna.com | Jan 19 2023 20:50:00 | Credit First National Association, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557738 | + Email/Text: BKPT@cfna.com | Jan 19 2023 20:50:00 | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557748 | Email/Text: litbkcourtmail@johndeere.com | Jan 19 2023 20:50:00 | John Deere Capital Corporation, PO Box 6600, Johnston, IA 50131 |
| 519564438 | Email/Text: M74banko@mercedes-benz.com | Jan 19 2023 20:50:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519630372 | Email/Text: cashiering-administrationservices@flagstar.com | Jan 19 2023 20:51:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519557743 | ^ MEBN | Jan 19 2023 20:51:27 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519557741 | + Email/Text: cashiering-administrationservices@flagstar.com | Jan 19 2023 20:51:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI |

| District/off: 0312-2 | User: admin | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 186 | | Total Noticed: 84 |

| | | | |
|---|---|---|---|
| | | | 48098-2639 |
| 519585363 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 19 2023 20:50:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-3204 |
| 519557744 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2023 20:50:00 | Goldman Sachs, Attn: Bankruptcy, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557745 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2023 20:50:00 | Gs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557746 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2023 20:50:00 | Gs Bank Usa, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519557747 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2023 20:50:00 | Gs Bank Usa, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557749 | + Email/Text: litbkcourtmail@johndeere.com | Jan 19 2023 20:50:00 | John Deere Construction and Forestry Co., 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519571088 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2023 20:55:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519557752 | + Email/Text: M74banko@mercedes-benz.com | Jan 19 2023 20:50:00 | Mercedes Benz, PO Box 551080, Jacksonville, FL 32255-1080 |
| 519557754 | + Email/Text: M74banko@mercedes-benz.com | Jan 19 2023 20:50:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557756 | + Email/Text: M74banko@mercedes-benz.com | Jan 19 2023 20:50:00 | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519585377 | + Email/PDF: bankruptcy@ncfsi.com | Jan 19 2023 20:55:35 | New Century, 110 S. Jefferson Rd., #104, Whippany, NJ 07981-1038 |
| 519585378 | Email/Text: signed.order@pfwattorneys.com | Jan 19 2023 20:50:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585383 | Email/Text: signed.order@pfwattorneys.com | Jan 19 2023 20:50:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519585385 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 21:07:50 | Sears, PO Box 182156, Columbus, OH 43218-2156 |
| 519585386 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 21:07:50 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519585387 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2023 21:07:51 | Sears, PO Box 78024, Phoenix, AZ 85062-8024 |
| 519635399 | + Email/PDF: ebn_ais@aisinfo.com | Jan 19 2023 20:55:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557767 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2023 20:50:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive Ste 550, Weldon Springs, MO 63304-2225 |
| 519557768 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2023 20:50:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 519557769 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2023 20:50:00 | Verizon, PO Box 25087, Wilmington, DE 19899-5087 |
| 519557770 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2023 20:50:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 519557773 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 19 2023 20:55:24 | Wells Fargo Dealer Services, P0 Box 71092, Charlotte, NC 28272-1092 |
| 519557772 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 19 2023 20:55:25 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561730 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557725 | *+ | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557729 | *+ | Biebelberg & Martin, LLC, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519585358 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Catepillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519585359 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Catepillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519557733 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557734 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557735 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519585361 | *+ | Construction Pros of NJ LLC, 19 Chapel Street, Newark, NJ 07105-3701 |
| 519585362 | *+ | Construction Pros of NJ LLC Inc., 19 Chapel Street, Newark, NJ 07105-3701 |
| 519557742 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519585364 | *+ | Forward Financing LLC, 53 State Street, 20th Floor, Boston, MA 02109-3204 |
| 519585371 | *+ | John Deere Capital Corporation Inc., PO Box 6600, Johnston, IA 50131-6600 |
| 519585372 | *+ | John Deere Construction and Forestry, 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519557755 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519585374 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557757 | *+ | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519585376 | *+ | Miller, Ross & Goldman LLC, PO Box 850, Cedar Park, TX 78630-0850 |
| 519585381 | *+ | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 519585379 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial LLC, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585389 | *+ | Snellings Law LLC, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557766 | *+ | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557740 | ##+ | David E Gray, ESQ, 9 Alexandra Drive, East Hanover, NJ 07936-2407 |
| 519585365 | ##+ | Hedinger & Lawless, ESQ, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2145 |
| 519585366 | ##+ | Hedinger & Lawless, LLC, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2145 |
| 519557751 | ##+ | Joseph A McCormick, Jr. PA ESQ, 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| 519585382 | ## | New Jersey Manufacturing Insurance Co, 301 Sullivan Way, P.O. Box 428, Trenton, NJ 08628-0227 |

TOTAL: 0 Undeliverable, 22 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                           Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Thomas Shivas | on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 186 | Total Noticed: 84 |

Elizabeth K. Holdren
    on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com
    jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Herbert B. Raymond
    on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8

Case 22-13079-SLM    Doc 65    Filed 01/21/23    Entered 01/22/23 00:17:12    Desc Imaged
Certificate of Notice    Page 6 of 6