| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: eholdren@hillwallack.com <br> *Attorneys for Caterpillar Financial Services Corporation* | Order Filed on January 31, 2023 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **In Re:** <br><br> Frederico C. Magalhaes, <br><br>      Debtor. | Chapter: 13 <br><br> Case No.:  22-13079 <br><br> Judge: Stacey L. Meisel <br><br> Hearing:  January 25, 2023 |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTOR'S MODIFIED CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: January 31, 2023**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page | 2
Debtor:   Frederico C. Magalhaes
Case No:  22-13079
Caption:  Order Resolving Objection to Confirmation of Debtor's Modified Chapter 13 Plan

**THIS MATTER** having been opened to the Court by Herbert B. Raymond, Esq., attorney for the Debtor, Frederico C. Magalhaes ("Debtor"), upon the filing of a Chapter 13 Plan (as modified), and Caterpillar Financial Services Corporation ("Cat Financial"), by and through its attorneys, Hill Wallack LLP, having filed an Objection to Confirmation of Modified Chapter 13 Plan, and the parties consenting to the entry of the order herein, and for good cause shown; it is hereby

**ORDERED** that:

1. Debtor shall pay Cat Financial the total sum of $50,000.00 through the Chapter 13 Plan as a administrative expense claim, which sum represents $25,000.00 to be paid toward the amounts due and owing Cat Financial on that Installment Sale Contract ("Contract 1003") entered into on June 11, 2019 in connection with the 289D Caterpillar Compact Track Loader, Serial No. TAW13204 (the "289D Loader") and $25,000.00 to be paid toward the amounts due and owing Cat Financial on that Installment Sale Contract ("Contract 0213" and, collectively with Contract 1003, the "Contracts") entered into on August 7, 2019 in connection with the Caterpillar 305.5E2CR Hydraulic Excavator, Serial No. CR508049 (the "Excavator" and, collectively with the 289D Loader, the "Equipment").

2. Commencing on February 1, 2023 and continuing thereafter on the 1st day of each month until Contract 1003 is paid in full, Debtor shall tender monthly payments to Cat Financial in the amount of $1,309.89 each to be applied toward the amount due and owing on Contract 1003.

3. Commencing on February 1, 2023 and continuing thereafter on the 1st day of each month until Contract 0213 is paid in full, Debtor shall tender monthly payments to Cat Financial in the amount of $1,158.89 each to be applied toward the amount due and owing on Contract 0213.

Page | 3
Debtor:    Frederico C. Magalhaes
Case No:   22-13079
Caption:   Order Resolving Objection to Confirmation of Debtor's Modified Chapter 13 Plan

4. In the event the Debtor fails to make any payment required in this Order within thirty (30) days of the date that payment is due, Cat Financial shall be entitled to relief from the automatic stay by filing a Certification of Default to the Court on notice to Debtor, Debtor's Counsel and the Chapter 13 Trustee and the Debtor shall immediately voluntarily surrender the Equipment to Cat Financial.

5. In the event this case is dismissed or Cat Financial obtains relief from the automatic stay, Cat Financial shall be entitled to immediately proceed with its rights and remedies including, but not limited to repossessing the Equipment and enforcing and executing upon the full amount due and owing under the Judgment entered in the Superior Court of New Jersey on October 22, 2021, including post-judgment interest, less any payments made by the Debtor.

6. The Debtor acknowledges that Cat Financial has the right to inspect the Equipment and Debtor shall provide Cat Financial with the current location of the Equipment within fourteen (14) days of the entry of this Order and subsequently upon the request of Cat Financial.

7. Debtor's Chapter 13 Plan is hereby amended with respect to Cat Financial pursuant to the terms herein, and this Order is hereby incorporated in and a part of any Order confirming the plan in the within case.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-13079-SLM
Frederico C Magalhaes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jan 31, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

**Name**     **Email Address**

David Thomas Shivas
    on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com
    jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Herbert B. Raymond
    on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8