Order Filed on February 21, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Raymond and Raymond, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4^TH^ Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.;<br>Jeffrey M. Raymond, Esq.<br>Kevin de Lyon, Esq.<br>Attorneys for the Debtor(s) |

| In Re:<br><br>FREDERICO MAGALHAES, DEBTOR(S) | Case No.: 22-13079 (SLM)<br><br>Adv. No.:<br><br>Hearing Date: 2/21/2023<br><br>Judge: STACEY MEISEL |
|---|---|

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: February 21, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Frederico Magalhaes,  Debtor(s)

Case no.:  22-13079 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,800.00** for services rendered and expenses in the amount **$114.00**   for a total of **$2,914.00.**  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.