Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−13079−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederico C Magalhaes
   176 Central Avenue
   West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/26/23 at 10:00 AM

to consider and act upon the following:

**93** – Certification in Opposition to (related document:92 Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 2022 Mercedes−Benz GLE450. Fee Amount $ 188. filed by Creditor Daimler Trust) filed by William E. Craig on behalf of Mercedes−Benz Vehicle Trust successor in interest to Daimler Trust. Objection deadline is 07/13/2023. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Mercedes−Benz Vehicle Trust successor in interest to Daimler Trust) filed by Herbert B. Raymond on behalf of Frederico C Magalhaes. (Attachments: # 1 Proof of May Payment) (Raymond, Herbert)

Dated: 7/13/23

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court