UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on December 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

FREDERICO C MAGALHAES

Case No.:  22-13079 SLM

Hearing Date:  12/13/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 14, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): FREDERICO C MAGALHAES

Case No.: 22-13079

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/13/2023 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office through December 2023 by 12/31/2023 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 22-13079-SLM
Frederico C Magalhaes                                                                       Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                                 Page 1 of 2
Date Rcvd: Dec 14, 2023             Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

**Recip ID           Recipient Name and Address**
db              +   Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023                  Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

**Name**                    **Email Address**
David Thomas Shivas
                            on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com

Denise E. Carlon
                            on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
                            on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com
                            jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Herbert B. Raymond
                            on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com
                            raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                            ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
                            on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10