HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  FREDERICO C MAGALHAES          Atty:  HERBERT B. RAYMOND, ESQ.
     176 CENTRAL AVENUE                    7 GLENWOOD AVENUE
     WEST CALDWELL, NJ  07006               4TH FLOOR SUITE 408
                                            EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 22-13079

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $118,465.00**

## RECEIPTS AS OF 01/01/2024          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/28/2022 | $3,000.00 | RAYMOND 01219 | 09/07/2022 | $1,500.00 | 8694914000 |
| 09/26/2022 | $1,500.00 | 8727023000 | 09/28/2022 | $1,500.00 | 8732362000 |
| 10/03/2022 | ($1,500.00) | 8732362000 | 11/15/2022 | $1,500.00 | RAYMOND 001229 |
| 11/29/2022 | $1,500.00 | RAYMOND 003784 | 12/20/2022 | $1,500.00 | RAYMOND 001245 |
| 01/10/2023 | $1,500.00 | RAYMOND 003515 | 03/07/2023 | $3,500.00 | RAYMOND 003520 |
| 06/21/2023 | $4,000.00 | RAYMOND 03535 | 06/28/2023 | $4,000.00 | RAYMOND 03537 |
| 11/07/2023 | $2,300.00 | RAYMOND 03559 | 12/27/2023 | $4,300.00 | 863747010 |

**Total Receipts: $30,100.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $30,100.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CATEPILLAR FINANCIAL SERVICES CORP | | | | | | |
| | 03/13/2023 | $4,896.00 | 906,844 | 04/17/2023 | $3,307.50 | 908,418 |
| | 07/17/2023 | $6,480.01 | 913,010 | 12/11/2023 | $1,466.00 | 920,355 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,780.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,213.99 | 100.00% | 8,213.99 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 24/7 SECURITY AGENCY LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ALLY CAPITAL | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0008 | BIEBELBERG & MARTIN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 22-13079

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | FLAGSTAR BANK FSB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0022 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | JOHN DEERE CONSTRUCTION AND FORE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | JOHN RUNFOLO | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MERCEDES-BENZ FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0039 | STEVEN RUNFOLO | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 461.27 | * | 0.00 | |
| 0046 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | DAIMLER TRUST | VEHICLE SECURE | 1,349.11 | 100.00% | 0.00 | |
| 0050 | MERRICK BANK | UNSECURED | 1,297.32 | * | 0.00 | |
| 0051 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MERCEDES-BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | CATEPILLAR FINANCIAL SERVICES CORI | SECURED | 0.00 | 100.00% | 0.00 | |
| 0054 | CATEPILLAR FINANCIAL SERVICES CORI | ADMINISTRATIVE | 50,000.00 | 100.00% | 16,149.51 | |
| 0055 | CONSTRUCTION PROS OF NJ LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | FORWARD FINANCING, LLC | UNSECURED | 63,808.98 | * | 0.00 | |
| 0057 | MARK AND JENNIFER O CONNOR | SECURED | 38,952.33 | 100.00% | 0.00 | |
| 0058 | MILLER ROSS AND GOLDMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | NEW JERSEY MANUFACTURING INSURAT | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | THE PORT AUTHORITY OF NY AND NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 920.34 | * | 0.00 | |
| 0062 | CONTRAFOR INC | UNSECURED | 55,373.60 | * | 0.00 | |
| 0063 | STATE OF NJ | SECURED | 8,321.53 | 100.00% | 0.00 | |
| 0064 | STATE OF NJ | UNSECURED | 1,913.96 | * | 0.00 | |
| 0065 | DAIMLER TRUST | (NEW) Auto Agreed | 869.00 | 100.00% | 0.00 | |
| 0066 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | NJ EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | MARK AND JENNIFER O CONNOR | UNSECURED | 177,529.55 | * | 0.00 | |

Total Paid: $26,144.00
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $30,100.00    -    Paid to Claims: $16,149.51    -    Admin Costs Paid: $9,994.49    =    Funds on Hand: $3,956.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.