UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on January 29, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FREDERICO MAGALHAES, DEBTOR(S)

Case No.: 22-13079 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 29, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Frederico Magalhaes, Debtor(s)

Case no.: 22-13079 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

 The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

 ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00** for a total of **$800.00**. The allowance shall be payable

 ___XXXX___ through the Chapter 13 plan as an administrative priority.

 _____ outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$19,500 paid in through June 2023**

**$2,100 per month for three (3) months starting July 2023**

**$2,155 per month for four (4) months starting October 2023**

**$2,173 per month for thirty-nine (39) months starting February 2024**

 In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be

disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.