Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−13079−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederico C Magalhaes
   176 Central Avenue
   West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/10/24 at 10:00 AM

to consider and act upon the following:

*131* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/24/2024. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*133* − Certification in Opposition to (related document:131 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/24/2024. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Frederico C Magalhaes. (Raymond, Herbert)

Dated: 6/24/24

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court