Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13079−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederico C Magalhaes
   176 Central Avenue
   West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/5/24
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,150.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☑   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows: Pot Plan.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 27, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13079-SLM |
| Frederico C Magalhaes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 27, 2024 | Form ID: 137 | Total Noticed: 104 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747 |
| cr | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Mark and Jennifer O'Connor, 13 Wootton Road, Essex Fells, NJ 07021-1116 |
| cr | + | Steven J. Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557720 | + | 24/7 Security Agency, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519557721 | + | 24/7 Security Agency LLC, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519585354 | | Bell & Shivas, PC, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585355 | | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585353 | + | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, P0 Box 220, Rockaway, NJ 07866-0220 |
| 519557726 | + | Biebelberg & Martin, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557728 | + | Biebelberg & Martin, LLC, Attn: Arvin Slatkin, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557727 | + | Biebelberg & Martin, LLC, Attn: Keith M Beibelberg, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557730 | + | Biebelberg & Martin, LLC ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519816339 | + | CCS Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519816338 | + | CCS Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 519642185 | + | Constrafor, Inc., c/o Sklar Law LLC, 20 Brace Road Suite 205, Cherry Hill NJ 08034-2634 |
| 519585360 | + | Construction Pros of NJ, 19 Chapel Street, Newark, NJ 07105-3701 |
| 519635019 | | David T. Shivas, PO Box 200, Rockaway, NJ 07866 |
| 519816344 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 519816345 | + | EZ Pass Customer Service PA, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519585368 | + | Hill Wallack, Attorneys At Law, 21 Rozel Road, Princeton, NJ 08540-6669 |
| 519585367 | | Hill Wallack, Attorneys At Law, 21 Rozel Road, P0 Box 5220, Princeton, NJ 08543 |
| 519585370 | + | Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557750 | + | John Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585373 | + | Mark and Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557753 | + | Mercedes-Benz Credit, PO Box 9001880, Louisville, KY 40290-1880 |
| 519585375 | + | Miller, Ross & Goldman, PO Box 850, Cedar Park, TX 78630-0850 |
| 519557758 | + | Mr. Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519816352 | + | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 519816354 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 519816348 | | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Secaucus, NJ 07096 |
| 519816350 | | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Montville, NJ 07045 |
| 519557759 | + | Scipione, Berg & Associates, LLC, Attn: Steven R Scipione, ESQ, FOR NOTICE ONLY, 130 Clinton Road, Suite 201, Fairfield, NJ 07004-2927 |
| 519585388 | + | Snellings Law, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557763 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 519557760 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519557764 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08646-0262 |
| 519557765 | + | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585391 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 519557771 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 20:52:33 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 21:14:26 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 20:53:07 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | Email/Text: notices@bkservicing.com | Sep 27 2024 20:40:00 | Daimler Truste c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 519557722 | + Email/Text: ally@ebn.phinsolutions.com | Sep 27 2024 20:39:00 | Ally Bank, P0 Box 130424, Roseville, MN 55113-0004 |
| 519559742 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 21:03:49 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519624444 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 21:03:41 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557723 | + Email/Text: ally@ebn.phinsolutions.com | Sep 27 2024 20:39:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557724 | + Email/Text: ally@ebn.phinsolutions.com | Sep 27 2024 20:39:00 | Ally Financial, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520156605 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 20:52:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519564438 | Email/Text: notices@bkservicing.com | Sep 27 2024 20:40:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519557736 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 21:04:07 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519816337 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2024 20:41:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519816336 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2024 20:41:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 519585384 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 20:53:16 | Sears, PO Box 78051, Phoenix, AZ 85062 |
| 519557731 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 20:52:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557732 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 21:04:06 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557737 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 20:52:31 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519585356 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Sep 27 2024 20:40:00 | Catepillar Financial Service Corporation, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519585357 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Sep 27 2024 20:40:00 | Catepillar Financial Services, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519816340 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2024 20:41:00 | Credit Collection Services, 2 Wells Avenue, |

| Recipient | Type | Date/Time | Address |
|---|---|---|---|
| | | | Newton Center, MA 02459-3225 |
| 519557739 | + Email/Text: BKPT@cfna.com | Sep 27 2024 20:39:00 | Credit First National Association, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557738 | + Email/Text: BKPT@cfna.com | Sep 27 2024 20:39:00 | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557748 | Email/Text: litbkcourtmail@johndeere.com | Sep 27 2024 20:39:00 | John Deere Capital Corporation, PO Box 6600, Johnston, IA 50131 |
| 519816343 | ^ MEBN | Sep 27 2024 20:39:43 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 519816346 | + Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2024 20:39:00 | EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 519630372 | Email/Text: cashiering-administrationservices@flagstar.com | Sep 27 2024 20:41:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519557743 | ^ MEBN | Sep 27 2024 20:38:39 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519557741 | + Email/Text: cashiering-administrationservices@flagstar.com | Sep 27 2024 20:41:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519585363 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Sep 27 2024 20:39:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 519557744 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 20:40:00 | Goldman Sachs, Attn: Bankruptcy, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557745 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 20:40:00 | Gs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557746 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 20:40:00 | Gs Bank Usa, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519557747 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 20:40:00 | Gs Bank Usa, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519585369 | ^ MEBN | Sep 27 2024 20:39:13 | Hill Wallack LLP, Attorneys At Law, 21 Rozel Road, P0 Box 5226, Princeton, NJ 08543-5226 |
| 519557749 | + Email/Text: litbkcourtmail@johndeere.com | Sep 27 2024 20:39:00 | John Deere Construction and Forestry Co., 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519571088 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2024 20:52:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519557752 | + Email/Text: M74banko@mercedes-benz.com | Sep 27 2024 20:39:00 | Mercedes Benz, PO Box 551080, Jacksonville, FL 32255-1080 |
| 519557754 | + Email/Text: M74banko@mercedes-benz.com | Sep 27 2024 20:39:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557756 | + Email/Text: M74banko@mercedes-benz.com | Sep 27 2024 20:39:00 | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519816349 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2024 20:39:00 | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Woodbridge, NJ 07095 |
| 519816341 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2024 20:39:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519816351 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2024 20:39:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519816353 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2024 20:39:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 519585377 | + Email/PDF: bankruptcy@ncfsi.com | Sep 27 2024 21:03:41 | New Century, 110 S. Jefferson Rd., #104, Whippany, NJ 07981-1038 |
| 519585380 | + Email/Text: legalcollections@njm.com | Sep 27 2024 20:40:00 | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 27, 2024 | Form ID: 137 | Total Noticed: 104 |

| | | | | |
|---|---|---|---|---|
| 519585378 | | Email/Text: signed.order@pfwattorneys.com | Sep 27 2024 20:39:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585383 | | Email/Text: signed.order@pfwattorneys.com | Sep 27 2024 20:39:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519557761 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 27 2024 20:39:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519585385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 21:03:46 | Sears, PO Box 182156, Columbus, OH 43218-2156 |
| 519585386 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 21:03:54 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519585387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 21:03:49 | Sears, PO Box 78024, Phoenix, AZ 85062-8024 |
| 519557762 | ^ | MEBN | Sep 27 2024 20:38:51 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519585390 | + | Email/Text: ielson@panynj.gov | Sep 27 2024 20:40:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |
| 519585392 | + | Email/Text: ielson@panynj.gov | Sep 27 2024 20:40:00 | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 519635399 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 21:03:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557767 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2024 20:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive Ste 550, Weldon Springs, MO 63304-2225 |
| 519557768 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2024 20:39:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 519557769 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2024 20:39:00 | Verizon, PO Box 25087, Wilmington, DE 19899-5087 |
| 519557770 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2024 20:39:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 519557773 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 21:03:36 | Wells Fargo Dealer Services, P0 Box 71092, Charlotte, NC 28272-1092 |
| 519557772 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 21:14:21 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561730 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557725 | *+ | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557729 | *+ | Biebelberg & Martin, LLC, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519585358 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Caterpillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519585359 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Caterpillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519557733 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557734 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557735 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519585361 | *+ | Construction Pros of NJ LLC, 19 Chapel Street, Newark, NJ 07105-3701 |
| 519585362 | *+ | Construction Pros of NJ LLC Inc., 19 Chapel Street, Newark, NJ 07105-3701 |
| 519557742 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 27, 2024 | Form ID: 137 | Total Noticed: 104 |

| | | |
|---|---|---|
| 519585364 | *+ | Forward Financing LLC, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 519585371 | *+ | John Deere Capital Corporation Inc., PO Box 6600, Johnston, IA 50131-6600 |
| 519585372 | *+ | John Deere Construction and Forestry, 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519557755 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519585374 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519816347 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557757 | *+ | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519585376 | *+ | Miller, Ross & Goldman LLC, PO Box 850, Cedar Park, TX 78630-0850 |
| 519816342 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519585381 | *+ | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 519585379 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial LLC, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585389 | *+ | Snellings Law LLC, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557766 | *+ | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557740 | ##+ | David E Gray, ESQ, 9 Alexandra Drive, East Hanover, NJ 07936-2407 |
| 519585365 | ##+ | Hedinger & Lawless, ESQ, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2113 |
| 519585366 | ##+ | Hedinger & Lawless, LLC, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2113 |
| 519557751 | ##+ | Joseph A McCormick, Jr. PA ESQ, 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| 519585382 | ## | New Jersey Manufacturing Insurance Co, 301 Sullivan Way, P.O. Box 428, Trenton, NJ 08628-0227 |

TOTAL: 0 Undeliverable, 24 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Thomas Shivas | on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Herbert B. Raymond | on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 27, 2024 | Form ID: 137 | Total Noticed: 104 |

    on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10