UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

Order Filed on November 5, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

FREDERICO MAGALHAES, DEBTOR(S)

Case No.: 22-13079 (SLM)

Adv. No.:

Hearing Date: 11/05/2024

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: November 5, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Frederico Magalhaes, Debtor(s)

Case no.: 22-13079 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,150.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,150.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

**PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:**

**$1,520.78 per month for twenty-seven (27) months**

**$2,377.39 per month for three (3) months starting August 2024**

**$2,413 per month for thirty (30) months starting November 2024**

    In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:  
Frederico C Magalhaes  
    Debtor

Case No. 22-13079-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 05, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

**Recip ID**      **Recipient Name and Address**  
db      + Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

**Name**      **Email Address**

David Thomas Shivas  
    on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com

Denise E. Carlon  
    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren  
    on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Herbert B. Raymond  
    on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.  
    on behalf of Creditor Daimler Truste c/o BK Servicing LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10