Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13079−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frederico C Magalhaes
   176 Central Avenue
   West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4742

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 22, 2025
JAN: ntp

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13079-SLM |
| Frederico C Magalhaes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 22, 2025 | Form ID: 148 | Total Noticed: 104 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederico C Magalhaes, 176 Central Avenue, West Caldwell, NJ 07006-7747 |
| cr | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Mark and Jennifer O'Connor, 13 Wootton Road, Essex Fells, NJ 07021-1116 |
| cr | + | Steven J. Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557720 | + | 24/7 Security Agency, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519557721 | + | 24/7 Security Agency LLC, 2 Gregory Lane, East Hanover, NJ 07936-1610 |
| 519585354 | | Bell & Shivas, PC, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585355 | | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, Rockaway, NJ 07866 |
| 519585353 | + | Bell & Shivas, PC, Attn: David Shivas, ESQ, 150 Mineral Springs Drive, P0 Box 220, Rockaway, NJ 07866-0220 |
| 519557726 | + | Biebelberg & Martin, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557728 | + | Biebelberg & Martin, LLC, Attn: Arvin Slatkin, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557727 | + | Biebelberg & Martin, LLC, Attn: Keith M Beibelberg, ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1358 |
| 519557730 | + | Biebelberg & Martin, LLC ESQ, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519816339 | + | CCS Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519816338 | + | CCS Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 519642185 | + | Constrafor, Inc., c/o Sklar Law LLC, 20 Brace Road Suite 205, Cherry Hill NJ 08034-2634 |
| 519585360 | + | Construction Pros of NJ, 19 Chapel Street, Newark, NJ 07105-3701 |
| 519635019 | | David T. Shivas, PO Box 200, Rockaway, NJ 07866 |
| 519816344 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 519816345 | + | EZ Pass Customer Service PA, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519585363 | + | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 519585368 | + | Hill Wallack, Attorneys At Law, 21 Rozel Road, Princeton, NJ 08540-6669 |
| 519585367 | | Hill Wallack, Attorneys At Law, 21 Rozel Road, P0 Box 5220, Princeton, NJ 08543 |
| 519585370 | + | Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557750 | + | John Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585373 | + | Mark and Jennifer O Connor, 13 Wooten Road, Essex Fells, NJ 07021-1116 |
| 519557753 | + | Mercedes-Benz Credit, PO Box 9001880, Louisville, KY 40290-1880 |
| 519585375 | + | Miller, Ross & Goldman, PO Box 850, Cedar Park, TX 78630-0850 |
| 519557758 | + | Mr. Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519816352 | + | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 519816354 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 519816348 | | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Secaucus, NJ 07096 |
| 519816350 | | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Montville, NJ 07045 |
| 519557759 | + | Scipione, Berg & Associates, LLC, Attn: Steven R Scipione, ESQ, FOR NOTICE ONLY, 130 Clinton Road, Suite 201, Fairfield, NJ 07004-2927 |
| 519585388 | + | Snellings Law, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557760 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519557764 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08646-0262 |
| 519557763 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 519557765 | + | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519585391 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Jan 22, 2025 | Form ID: 148 | Total Noticed: 104 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: AISACG.COM | Jan 23 2025 01:29:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Jan 23 2025 01:29:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 21:06:38 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | Email/Text: notices@bkservicing.com | Jan 22 2025 20:57:00 | Daimler Truste c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 519557722 | + EDI: GMACFS.COM | Jan 23 2025 01:29:00 | Ally Bank, P0 Box 130424, Roseville, MN 55113-0004 |
| 519559742 | + EDI: AISACG.COM | Jan 23 2025 01:29:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519624444 | + EDI: AISACG.COM | Jan 23 2025 01:29:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557723 | + EDI: GMACFS.COM | Jan 23 2025 01:29:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557724 | + EDI: GMACFS.COM | Jan 23 2025 01:29:00 | Ally Financial, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520156605 | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 21:05:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519564438 | Email/Text: notices@bkservicing.com | Jan 22 2025 20:57:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519557736 | EDI: CAPITALONE.COM | Jan 23 2025 01:29:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519816337 | + EDI: CCS.COM | Jan 23 2025 01:29:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519816336 | + EDI: CCS.COM | Jan 23 2025 01:29:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 519585384 | EDI: CITICORP | Jan 23 2025 01:29:00 | Sears, PO Box 78051, Phoenix, AZ 85062 |
| 519557731 | + EDI: CAPITALONE.COM | Jan 23 2025 01:29:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557732 | + EDI: CAPITALONE.COM | Jan 23 2025 01:29:00 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557737 | + EDI: CAPITALONE.COM | Jan 23 2025 01:29:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519585356 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Jan 22 2025 20:57:00 | Catepillar Financial Service Corporation, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519585357 | + Email/Text: fpdbankruptcynoticesgroup@cat.com | Jan 22 2025 20:57:00 | Catepillar Financial Services, 2120 West End Avenue, Nashville, TN 37203-5341 |
| 519642185 | ^ MEBN | Jan 22 2025 20:44:57 | Constrafor, Inc., c/o Sklar Law LLC, 20 Brace |

| | | | | |
|---|---|---|---|---|
| | | | | Road Suite 205, Cherry Hill NJ 08034-2634 |
| 519816340 | + | EDI: CCS.COM | Jan 23 2025 01:29:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 519557739 | + | EDI: CRFRSTNA.COM | Jan 23 2025 01:29:00 | Credit First National Association, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557738 | + | EDI: CRFRSTNA.COM | Jan 23 2025 01:29:00 | Credit First National Association, Attn: Bankruptcy, P0 Box 81315, Cleveland, OH 44181-0315 |
| 519557748 | | Email/Text: litbkcourtmail@johndeere.com | Jan 22 2025 20:56:00 | John Deere Capital Corporation, PO Box 6600, Johnston, IA 50131 |
| 519816343 | ^ | MEBN | Jan 22 2025 20:46:38 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 519816346 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2025 20:56:00 | EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 519630372 | | Email/Text: servicingmailhub@flagstar.com | Jan 22 2025 20:58:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519557743 | + | Email/Text: servicingmailhub@flagstar.com | Jan 22 2025 20:58:00 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519557741 | + | Email/Text: servicingmailhub@flagstar.com | Jan 22 2025 20:58:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519557744 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2025 20:56:00 | Goldman Sachs, Attn: Bankruptcy, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557745 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2025 20:56:00 | Gs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519557746 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2025 20:56:00 | Gs Bank Usa, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519557747 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2025 20:56:00 | Gs Bank Usa, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 519585369 | ^ | MEBN | Jan 22 2025 20:46:33 | Hill Wallack LLP, Attorneys At Law, 21 Rozel Road, P0 Box 5226, Princeton, NJ 08543-5226 |
| 519557749 | + | Email/Text: litbkcourtmail@johndeere.com | Jan 22 2025 20:56:00 | John Deere Construction and Forestry Co., 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519571088 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 21:06:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519557752 | + | EDI: MERCEDES | Jan 23 2025 01:29:00 | Mercedes Benz, PO Box 551080, Jacksonville, FL 32255-1080 |
| 519557754 | + | EDI: MERCEDES | Jan 23 2025 01:29:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557756 | + | EDI: MERCEDES | Jan 23 2025 01:29:00 | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519816349 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2025 20:56:00 | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Woodbridge, NJ 07095 |
| 519816341 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2025 20:56:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519816351 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2025 20:56:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519816353 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2025 20:56:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 519585377 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 22 2025 21:05:33 | New Century, 110 S. Jefferson Rd., #104, Whippany, NJ 07981-1038 |
| 519585380 | + | Email/Text: legalcollections@njm.com | Jan 22 2025 20:57:00 | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 148 | Total Noticed: 104 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519585378 | | Email/Text: signed.order@pfwattorneys.com | Jan 22 2025 20:56:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585383 | | Email/Text: signed.order@pfwattorneys.com | Jan 22 2025 20:56:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519557761 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2025 20:56:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519585385 | + | EDI: CITICORP | Jan 23 2025 01:29:00 | Sears, PO Box 182156, Columbus, OH 43218-2156 |
| 519585386 | + | EDI: CITICORP | Jan 23 2025 01:29:00 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519585387 | + | EDI: CITICORP | Jan 23 2025 01:29:00 | Sears, PO Box 78024, Phoenix, AZ 85062-8024 |
| 519557762 | ^ | MEBN | Jan 22 2025 20:45:45 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519585390 | + | Email/Text: ielson@panynj.gov | Jan 22 2025 20:57:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |
| 519585392 | + | Email/Text: ielson@panynj.gov | Jan 22 2025 20:57:00 | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 519635399 | + | EDI: AIS.COM | Jan 23 2025 01:29:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557767 | + | EDI: VERIZONCOMB.COM | Jan 23 2025 01:29:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive Ste 550, Weldon Springs, MO 63304-2225 |
| 519557768 | + | EDI: VERIZONCOMB.COM | Jan 23 2025 01:29:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 519557769 | + | EDI: VERIZONCOMB.COM | Jan 23 2025 01:29:00 | Verizon, PO Box 25087, Wilmington, DE 19899-5087 |
| 519557770 | + | EDI: VERIZONCOMB.COM | Jan 23 2025 01:29:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 519557771 | + | EDI: WFFC | Jan 23 2025 01:29:00 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519557773 | + | EDI: WFFC2 | Jan 23 2025 01:29:00 | Wells Fargo Dealer Services, P0 Box 71092, Charlotte, NC 28272-1092 |
| 519557772 | + | EDI: WFFC2 | Jan 23 2025 01:29:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561730 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519557725 | *+ | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 519557729 | *+ | Biebelberg & Martin, LLC, Schoolhouse Plaza, 374 Millburn Avenue, Millburn, NJ 07041-1343 |
| 519585358 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Catepillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519585359 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Catepillar Financial Services Corp., 2120 West End Avenue, Nashville, TN 37203 |
| 519557733 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519557734 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519557735 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519585361 | *+ | Construction Pros of NJ LLC, 19 Chapel Street, Newark, NJ 07105-3701 |

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 148 | Total Noticed: 104 |

| | | |
|---|---|---|
| 519585362 | *+ | Construction Pros of NJ LLC Inc., 19 Chapel Street, Newark, NJ 07105-3701 |
| 519557742 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519585364 | *+ | Forward Financing LLC, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 519585371 | *+ | John Deere Capital Corporation Inc., PO Box 6600, Johnston, IA 50131-6600 |
| 519585372 | *+ | John Deere Construction and Forestry, 6400 N. W 86th Street, Johnston, IA 50131-2945 |
| 519557755 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519585374 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519816347 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, P0 Box 685, Roanoke, TX 76262-0685 |
| 519557757 | *+ | Mercedes-Benz Financial Services, P0 Box 961, Roanoke, TX 76262-0961 |
| 519585376 | *+ | Miller, Ross & Goldman LLC, PO Box 850, Cedar Park, TX 78630-0850 |
| 519816342 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 519585381 | *+ | New Jersey Manufacturers Insurance Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 519585379 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial LLC, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519585389 | *+ | Snellings Law LLC, 2001 Route 46, Suite 204, Parsippany, NJ 07054-1315 |
| 519557766 | *+ | Steven Runfolo, 15 Hillcrest Boulevard, Warren, NJ 07059-5133 |
| 519557740 | ##+ | David E Gray, ESQ, 9 Alexandra Drive, East Hanover, NJ 07936-2407 |
| 519585365 | ##+ | Hedinger & Lawless, ESQ, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2113 |
| 519585366 | ##+ | Hedinger & Lawless, LLC, 147 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2113 |
| 519557751 | ##+ | Joseph A McCormick, Jr. PA ESQ, 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| 519585382 | ## | New Jersey Manufacturing Insurance Co, 301 Sullivan Way, P.O. Box 428, Trenton, NJ 08628-0227 |

TOTAL: 0 Undeliverable, 24 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Thomas Shivas | |
| | on behalf of Creditor Mark and Jennifer O'Connor dshivas@bsblawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor Caterpillar Financial Services Corporation eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Herbert B. Raymond | |
| | on behalf of Debtor Frederico C Magalhaes herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Daimler Truste c/o BK Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jan 22, 2025 | Form ID: 148 | Total Noticed: 104 |

    magecf@magtrustee.com

Regina Cohen

    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10